UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ANA NERISSA TOLENTINO, | ) |
|     also known as "Nerie," | ) |
| FREDERICK MAGSINO, | ) |
| EDGARDO HERNAL, | ) |
|     also known as "Gary," | ) No. 12 CR 559 |
| EMMANUEL NWAOKOCHA, | ) |
|     also known as "Ed Norton," | ) Judge John W. Darrah |
| MASOOD SYED, | ) |
| TITIS JACKSON, | ) |
|     also known as "Titus," | ) |
| JENETTE GEORGE, | ) |
|     also known as "Jiye," | ) |
| CARLA PHILLIPS-WILLIAMS, and | ) |
| JENNIFER HOLMAN | ) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on WEDNESDAY, NOVEMBER 7, 2012, at 10:00 a.m., I will appear before the Honorable John W. Darrah in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER** in the above-captioned case.

    Respectfully submitted,

    GARY S. SHAPIRO
    Action United States Attorney

By:    /s/ Halley B. Guren
       HALLEY B. GUREN
       Assistant United States Attorney
       219 South Dearborn Street - 5000
       Chicago, Illinois 60604
       (312) 353-5300r