UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 12 CR 559 |
| ) | Judge Mason |
| ) | |
| FREDERICK MAGSINO, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION TO AMEND PRE-TRIAL RELEASE ORDER

Defendant, FREDERICK MAGSINO ("Magsino"), by his attorney, Eugene Steingold, respectfully moves this Court to enlarge conditions for pre-trial release. In support thereof defendant states as follows:

1. On July 25, 2012, Magsino was released on bond and has been in compliance with conditions of pre-trial release.

2. Frederick Magsino is a member of the Grand Lodge A.F.& A.M. of Illinois (Masonic Organization) and its Grand Representative to the Grand Lodge of Philippines.

3. Magsino is seeking permission to attend Centennial Celebration of Grand Lodge of Philippines, which will be held in Manila, Philippines, December 14 through December 19, 2012. Invitation and programs are attached hereto as Exhibits A, B, C.

4. In order to attend, Magsino would need to obtain and renew his passport, which is expiring on February 4, 2013, and is currently being held by the pre-trial services.

5. Magsino is seeking to travel to Philippines on December 11, 2012, returning December 21, 2012. Should permission be granted, Magsino anticipates staying in

Manila Hotel, Roxas Blvd. Manila, Philippines. Magsino will return his passport to the Pre-Trial services the next business day after his return.

6.  Assistant United States Attorney Guren, as well as Pretrial Services Officer Lonis, were contacted and indicated that they had no objections to this request.

7.  Proposed order is attached hereto as Exhibit A.

WHEREFORE, Defendant, FREDERICK MAGSINO, respectfully requests this Honorable Court to grant this Motion and to permit him to travel to Manila, Philippines, December 11, 2012, through December 21, 2012.

Respectfully submitted,
FREDERICK MAGSINO,


By: s/Eugene Steingold
Eugene Steingold.

CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with Fed. R. Grim. P. 49, Fed. R. Civ. P. 5, L.R5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

UNOPPOSED MOTION TO AMEND PRE-TRIAL RELEASE ORDER

were served pursuant to the District Court's ECF system as to ECF filers, if any, and were sent by first-class -mail on November 7, 2012, to the following non ECF filers:

Eugene Steingold
Attorney for Defendant
111 West Washington Street
Chicago, Illinois 60602
(312) 726 1060

2