# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 559 - 1,2,4,5,6,7 | **DATE** | 11/7/2012 |
| **CASE TITLE** | USA vs. Ana Nerissa Tolentino, Frederick Magsino, Emmanuel Nwaokocha, Masood Syed, Titis Jackson, Jenette George | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Government's motion for protective order [64] and application for order to disclose tax returns and return information at trial are granted [66] are granted as to defendants Ana Nerissa Tolentino, Frederick Magsino, Emmanuel Nwaokocha, Masood Syed, Titis Jackson and Jenette George.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|