IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 12 CR 559-2 |
| ) | Honorable Judge Mason |
| ) | |
| FREDERICK MAGSINO, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER

This cause is coming on to be heard on the unopposed motion of defendant Magsino to Amend Conditions of Release to allow him to travel to Manila, Philippines, to attend the Centennial Celebration of Grand Lodge of Philippines, December 11, 2012, through December 21, 2012.

Assistant United States Attorneys and Pre-trial Services have been contacted and indicated that there were no objections to this request; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that:

1. FREDERICK MAGSINO is granted permission to travel to Manila, Philippines, on December 11, 2012, returning December 21, 2012;

2. FREDERICK MAGSINO is allowed to retrieve his passport from the Pre-Trial Services to use it for renewal and travel to Philippines;

3. FREDERICK MAGSINO is to return his passport to Pre-Trial Services the next business day following his return to Illinois.

1

ENTER:

_____

Judge Mason     NOV 0 8 2012

DATED: NOV 0 8 2012
Eugene Steingold, Esq.
Attorney for Defendant
111 West Washington Street
Chicago, Illinois 60602
312 726-1060