UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 12 CR 559 |
| | ) | Judge Darrah |
| ANA NERISSA TOLENTINO, et al. | ) | |

**BILL OF PARTICULARS FOR FORFEITURE OF CERTAIN PROPERTY**

The UNITED STATES OF AMERICA, by GARY S. SHAPIRO, Acting United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through the violations of Title 18, United States Code, Section 371 and Title 42, United States Code, Section 1320a-7b(b)(2)(A) as alleged in the Indictment, the United States seeks forfeiture of the following additional substitute property pursuant to the provisions of 18 U.S.C. § 982(a)(7):

(a) The real property located at 4101 West Main Street, Skokie, Illinois, legally described as:

> LOTS 1 AND 2 IN BLOCK 11 IN MAIN STREET AND CRAWFORD AVENUE L EXTENSION SUBDIVISION, BEING A SUBDIVISION OF LOT 1 IN THE SUPERIOR COURT PARTITION OF THE EAST ½ OF THE SOUTH EAST 1/4 OF SECTION 22 AND THE SOUTHWEST 1/4 OF SECTION 23, TOWNSHIP 41 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Identification No.: 10-22-405-009-0000 AND 10-22-405-010-000.

Dated: November 27, 2012

Respectfully submitted,

GARY S. SHAPIRO
Acting United States Attorney

By:   s/ Halley B. Guren
HALLEY B. GUREN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300