UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 12 CR 559 |
| Plaintiff, | ) | Honorable Judge Darrah |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| FREDERICK MAGSINO. | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO REQUIRE NOTICE OF INTENTION TO USE EXPERT WITNESSES

Defendant, Frederick Magsino by his attorney, Eugene Steingold, and pursuant to Rule 16(a) (1)(G), Federal Rules of Criminal Procedure, and Rule 104 of Federal Rules of Evidence, moves for an Order requiring the Government to give notice of its intention to use expert witnesses at the trial of the instant matter. The motion includes a request of the following:

1. <u>Experts/resumes</u>. The curriculum vitae of any and all experts the government intends to call at trial, including any and all books, treatises or other papers written by the expert which is relevant to the testimony.

2. <u>Expert's reports and summaries</u>. Production of any and all reports of any examinations or tests is requested pursuant to Rule 16 (a) (1) (F). In addition, it is requested that the government disclose a written summary of testimony the government intends to use under FRE 702, 703 or 705. As required by Rule 16 (a) (1) (G), the summaries must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications.

                            Respectfully submitted,

                            s/Eugene Steingold
                            Eugene Steingold, Attorney
                            for Defendant

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with Fed. R. Grim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

<u>DEFENDANT'S MOTION TO REQUIRE NOTICE OF INTENTION TO USE EXPERT WITNESSES</u>

were served pursuant to the District Court's ECF system as to ECF filers, on January 30, 2013.

                            Respectfully submitted,

                            s/Eugene Steingold
                            Attorney for Defendant
                            111 West Washington Street
                            Suite 1051
                            Chicago IL 60602
                            (312) 726-1060