# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 559 - 1,2,4,7,8,9 | **DATE** | 2/26/2013 |
| **CASE TITLE** | USA vs. Tolentino et al | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. Defendant Magsino's pretrial motions are granted and applicable to all defendants [150, 151, 154, 156, 157, 158].

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|